DOA
3-1-22

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

Eastern District of Kentucky
**FILED**
NOV 19 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

**SUPERSEDING INDICTMENT NO. 6:21-CR-41-S-CHB-HAI**

AZ. NO: 22-3036 MJ

**DAKOTA AUSTIN VENABLE,
WILLIAM CASEY FISH,
GEORGE CAMPOAMOR,**
▇▇▇▇▇▇▇▇▇▇▇▇
**DANIEL KELLY and
REBECCA FAULKNER**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

Beginning on or about a day in January of 2021, the exact date unknown, and continuing through on or about August 12, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**DAKOTA AUSTIN VENABLE,
WILLIAM CASEY FISH,
GEORGE CAMPOAMOR,**
▇▇▇▇▇▇▇▇▇▇▇▇
**DANIEL KELLY and
REBECCA FAULKNER**

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

SCANNED

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **DAKOTA AUSTIN VENABLE, WILLIAM CASEY FISH,** and **DANIEL KELLY** that 40 grams or more of a mixture or substance containing a detectable amount of fentanyl would be distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **GEORGE CAMPOAMOR,** ▓▓▓▓▓ and **REBECCA FAULKNER** that 400 grams or more of a mixture or substance containing a detectable amount of fentanyl would be distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about June 8, 2021, in Laurel County, in the Eastern District of Kentucky,

**WILLIAM CASEY FISH**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 18 U.S.C. § 924(c)(1)(A)

On or about June 8, 2021, in Laurel County, in the Eastern District of Kentucky,

**WILLIAM CASEY FISH**

did knowingly possess a firearm, that is, a Glock, model 45, 9mm caliber pistol, serial

number BRAG251, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, conspiracy to distribute fentanyl, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about June 17, 2021, in Laurel County, in the Eastern District of Kentucky,

### DAKOTA AUSTIN VENABLE

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 18 U.S.C. § 924(c)(1)(A)

On or about June 17, 2021, in Laurel County, in the Eastern District of Kentucky,

### DAKOTA AUSTIN VENABLE

did knowingly possess a firearm, that is, a Glock, model 19, 9mm caliber pistol, serial number EMB932, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, conspiracy to distribute fentanyl, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the felony offenses charged in Counts 3 and 5 of this Indictment, the United States seeks forfeiture of the firearms and ammunition listed below pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

In committing the offenses alleged in Counts 1, 2 and 4 of this Indictment, punishable by imprisonment for more than one year, the Defendants, **DAKOTA AUSTIN VENABLE** and **WILLIAM CASEY FISH** used and intended to use the below-described property to commit and facilitate the said controlled substance violations, and the below described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 846 and 841(a)(1), including, but not limited to, the following:

### FIREARMS AND AMMUNITION:

1. A Glock, model 45, 9mm caliber pistol, serial number BRAG251;
2. A Glock, model 19, 9mm caliber pistol, serial number EMB932; and
3. numerous rounds of various caliber ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest the Defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461.

A TRUE BILL

███████████████████████

FOREPERSON

*GmSL*

**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** **Between 40 grams and 400 grams of a mixture or substance containing fentanyl:** Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**400 Grams or more of a mixture of substance containing fentanyl:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**COUNTS 2 & 4:** Not more than 20 years imprisonment, $1,000,000 fine, and 3 years supervised release.

**COUNTS 3 & 5:** Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed property.

**PLUS:** Restitution, if applicable.



AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED** By US Marshals Service E/KY at 5:08 pm, Nov 19, 2021

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America<br>v.<br>REBECCA FAULKNER<br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  6:21-CR-41-S-6-CHB-HAI |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   REBECCA FAULKNER                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 CONSPIRACY TO DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF FENTANYL



Date:   11/19/2021

*Issuing officer's signature*

City and state:   London, Kentucky

Robert R. Carr, by S. Douglas, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*